York Marine Inc

11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 8/11/2014 | 2139 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Intrepid Spring La... | Due on receipt |  | 8/11/2014 |  |  | Intrepid |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7.75 | labor | Prep and paint bottom | 54.00 | 418.50 |
| 1 | Kenneth York Labor | Pull tape from bottom paint | 54.00 | 54.00 |
| 1.5 | labor | Move stands, prep underneath and paint under stands | 54.00 | 81.00 |
| 7.5 | Stephanie Labor | Polished Stainless | 54.00 | 405.00 |
| 3 | Randy Labor | Service cummins engine | 60.00 | 180.00 |
| 5 | Randy Labor | Bulkhead modifications for new driveshaft | 60.00 | 300.00 |
| 8 | Kenneth York Labor | Service work on jet | 60.00 | 480.00 |
| 4 | Kenneth York Labor | Bed in new hatch | 60.00 | 240.00 |
| 4 | Mike labor | Prep and Launch Intrepid, run vessel with Tom, Help fuel and put on dock. | 60.00 | 240.00 |
| 3 | Mike labor | Remove Ambler name and prep for new name | 60.00 | 180.00 |
| 7 | Randy Labor | Bulkhead modifications for new driveshaft | 60.00 | 420.00 |
| 4.5 | Stephanie Labor | Detail yacht | 54.00 | 243.00 |
| 8 | Kenneth York Labor | Bed in second hatch, engine service, install flag base, fuel vessel, ect | 60.00 | 480.00 |
| 3 | Stephanie Labor | Detail yacht | 54.00 | 162.00 |
| 5.25 | Kenneth York Labor | Teka decks, fix side curtain, install antenna, flush fresh water, fix dock holder, ect | 54.00 | 283.50 |
| 4.75 | Randy Labor | Service cummins engine | 60.00 | 285.00 |
| 1.25 | Kenneth York Labor | Flag base work | 60.00 | 75.00 |
| 5 | Stephanie Labor | Wash inside and out | 54.00 | 270.00 |
| 5 | Kenneth York Labor | Install modified flag base, misc work on vessel, move vessel to mooring | 60.00 | 300.00 |
| 9 | labor | Service work on jet | 60.00 | 540.00 |
| 36 | Boat Transport with... | Boat transport with Launch | 11.00 | 396.00 |
| 4.5 | Transport Mileage | Mileage Charge For Boat Transport | 3.00 | 13.50 |
| 1 | 117946 | Roller Cover Synthetic 7" | 7.56 | 7.56 |
| 1 | 119969 | CSC White Ablative Bottom Paint | 274.35 | 274.35 |
| 0.25 | 140234 | 3M Dust Mask N95 | 29.36 | 7.34 |
| 0.5 | 148793 | Disc Gold 5" 80C Roll | 38.01 | 19.01 |
| 3 | 733333 | Trilux Antifouling paint for aluminum Aerosol | 34.53 | 103.59 |
| 1 | Zinc kit 292 | Complete Zinc Kit for Hamilton Jet | 239.65 | 239.65 |
| 1 | 130876 | 291 Sikaflex Adhesive fast cure | 17.41 | 17.41 |
| 1 | 133278 | Mildew Remover | 15.26 | 15.26 |

All work is complete!

**Total**

Page 1

000001

| | | | | | | |
|---|---|---|---|---|---|---|
| | York Marine Inc | | | | | **Invoice** |
| | 11 Gordon Drive | | | | | |
| | Rockland, ME 04841 | | | | | |

| Date | Invoice # |
|---|---|
| 8/11/2014 | 2139 |

**Bill To**
John Thomas Wilson
55 W 12th Ave Unit 409
Denver, CO 80204-3654

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Intrepid Spring La... | Due on receipt | | 8/11/2014 | | | Intrepid |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1.25 | 15W40URS | URSA 15-40 5 Gal | 145.32 | 181.65 |
| 1 | 1158 | Oil Filter Cummins | 54.36 | 54.36 |
| 1 | Hail and Cove | Hail and Cove in Vinyl | 325.00 | 325.00 |
| | | New Sales Tax Rate | 5.50% | 50.61 |

All work is complete!

**Total** $7,342.29

York Marine Inc

11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2014 | 2145 |

| Bill To |
|---|
| John Thomas Wilson |
| 55 W 12th Ave Unit 409 |
| Denver, CO 80204-3654 |

| P.O. Number | Terms | Project |
|---|---|---|
| Ambler | Due on receipt | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | WORK DONE ON AMBLER UP TO NAME CHANGE TO INTREPID | | |
| 1 | Eddie P | Yard Move vessel to bay | 60.00 | 60.00 |
| 8.5 | Randy Labor | Clean Vessel | 56.00 | 476.00 |
| 8 | Randy Labor | Clean/sand bottom of hull | 60.00 | 480.00 |
| 6.25 | Kenneth York Labor | Jet Work, disassemble and inspect | 60.00 | 375.00 |
| 8 | Mike labor | Spring service work | 60.00 | 480.00 |
| 3 | Kenneth York Labor | Winter service start | 60.00 | 180.00 |
| 8 | Kenneth York Labor | Remove old hatches | 60.00 | 480.00 |
| 3 | Eddie P | Help Ken remove hatches | 60.00 | 180.00 |
| 1 | Mike labor | Meet with sign painter and go over transom work | 60.00 | 60.00 |
| 5 | Kenneth York Labor | Remove Drive Shaft | 60.00 | 300.00 |
| 7 | Eddie P | Polish and wax Cabin House | 54.00 | 378.00 |
| 8 | Eddie P | Paint touchups on deck and hull | 54.00 | 432.00 |
| 5.5 | Eddie P | Polish and wax on interior of cabin area | 54.00 | 297.00 |
| 8 | Eddie P | Polish/Wax hull | 54.00 | 432.00 |
| 4 | Eddie P | Finish polishing and waxing hull | 54.00 | 216.00 |
| 1 | 05725 | Foam Polishing Pad 8" | 49.65 | 49.65 |
| 1 | 133278 | Mildew Remover | 15.26 | 15.26 |
| 1 | 1438332 | Denatured Alcohol Gal | 22.33 | 22.33 |
| 1 | 150419 | Tape Masking Performance Green | 9.45 | 9.45 |
| 1 | 158544003 | Scotchbrite Red | 48.98 | 48.98 |
| 1 | 318-ROQT | Amazing Roll-Off | 10.29 | 10.29 |
| 1 | 51-309310001 | Holding Tank Vent Filter | 99.44 | 99.44 |
| 0.75 | 71-02599 | P80 Stikit Gold Abrasive Roll | 81.59 | 61.19 |
| 1 | 71-06085 | Perfect-it rubbing compound | 79.61 | 79.61 |
| 52 | Diesel Fuel | Diesel Fuel Gal | 4.19 | 217.88 |
| 1 | Misc | Post Office charges for mailing credit card back to Denver | 33.64 | 33.64 |
| 2 | 49-N107010A | Hatch Low Profile 16.5" X 16.5" | 490.25 | 980.50 |
| | | New Sales Tax Rate | 5.50% | 75.72 |

All work is complete!

| Total | $6,529.94 |
|---|---|

York Marine Inc
11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2014 | 2186 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Due on receipt | 10/1/2014 | | 10/1/2014 | | | Intrepid |

| Quantity | Description | Price Each | Serviced | Amount |
|---|---|---|---|---|
| 1 | Dockage fees for Summer | 3,000.00 | | 3,000.00 |

Thank you for your business.

| | |
|---|---|
| **Sales Tax (5.5%)** | $0.00 |
| **Total** | $3,000.00 |
| **Balance Due** | $3,000.00 |

York Marine Inc

11 Gordon Drive

Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 1/2/2015 | 2207 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| P.O. Number | Terms | | Project |
|---|---|---|---|
| Intrepid | Due on receipt | | Intrepid |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6.75 | Stephanie Labor | Help glass backing plates for davits | 60.00 | 405.00 |
| 9.25 | Randy Labor | Build dinghy davits reinforcement brackets | 60.00 | 555.00 |
| 7.5 | Randy Labor | trim, putty and prep for primers aft dinghy davit brackets, sand and prep for paint | 60.00 | 450.00 |
| 2.25 | Mike labor | Take boat ride with Tom and Guests, put boat on mooring | 60.00 | 135.00 |
| 3 | Mike labor | Prep vessel for trip, put on mooring on return | 60.00 | 180.00 |
| 4 | Mike labor | Bring vessel in from mooring, prep for use, return to mooring after | 60.00 | 240.00 |
| 3.75 | Mike labor | Prep vessel for use return to mooring | 60.00 | 225.00 |
| 4.75 | Randy Labor | Install new speakers in forward overhead | 60.00 | 285.00 |
| 7 | Kenneth York Labor | Bring in from mooring, Remove hail port from transom, install cup holder to starboard side, swap drink holder from starboard to port helm chair, Clean and return to mooring | 60.00 | 420.00 |
| 6.75 | Randy Labor | Install new Boise speakers at helm area of vessel | 60.00 | 405.00 |
| 6 | Mike labor | Gasket work on sound package, check fluid levels, plug into shore power to cycle batteries...ect | 60.00 | 360.00 |
| 4.5 | Kenneth York Labor | Get dinghy from storage, load on trailer, bring to shop and rig for davit hanging. | 60.00 | 270.00 |
| 8 | Mike labor | Install Dinghy on davits, and prep for use, go over Intrepid with Tom, secure on the mooring upon return | 60.00 | 480.00 |
| 7.5 | Kenneth York Labor | Rig dinghy on davits with Mike, test on run to North Haven, wash vessel down and prep her for Tom | 60.00 | 450.00 |
| 5.25 | Mike labor | Fuel Intrepid and make ready for day, Secure on dock upon return. | 60.00 | 315.00 |
| 1.25 | Mike labor | Re-locate and secure Intrepid on dock | 60.00 | 75.00 |
| 3 | Kenneth York Labor | Hook up shore power at dock, remove and replace raw water intake screen, test | 60.00 | 180.00 |
| 2.5 | Kenneth York Labor | Service 4hp outboard | 60.00 | 150.00 |
| 4 | Kenneth York Labor | Top off coolant, chamois dry vessel, check fluid levels, lube tracks for weather enclosure, take to mooring | 60.00 | 240.00 |
| 1 | Kenneth York Labor | Pick up new gas can from Hamiltons, fuel up and secure on dinghy at landing | 60.00 | 60.00 |
| 1.25 | Mike labor | Move from Dock to mooring | 60.00 | 75.00 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

**Total**

York Marine Inc

11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 1/2/2015 | 2207 |

**Bill To**

John Thomas Wilson
55 W 12th Ave Unit 409
Denver, CO 80204-3654

| P.O. Number | Terms | | Project |
|---|---|---|---|
| Intrepid | Due on receipt | | Intrepid |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5 | Mike labor | Meet Tom On Intrepid, go out for run, discuss winter work list, wash vessel | 60.00 | 300.00 |
| 4.5 | Mike labor | Bring Intrepid in, rinse off, pump out black water tank and water tank, and prep for haulout | 60.00 | 270.00 |
| 191.25 | Diesel Fuel | Diesel Fuel Gal | 4.19 | 801.34 |
| 8 | FAS 2064 | 1/2 x 3 1/2 SS Machine Screw | 5.23 | 41.84 |
| 4 | Fas 2065 | 1/2 x 4" SS Machine Screw | 8.33 | 33.32 |
| 1 | FAS 2814 | 1/2 x 13 ss nut | 27.42 | 27.42 |
| 1 | Fas 3109 | 1/2" SS Lockwasher Box | 21.00 | 21.00 |
| 1 | Fas 3510 | 1/2" Flat Washer SS Box | 42.00 | 42.00 |
| | | New Sales Tax Rate | 5.50% | 9.11 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

**Total** $7,501.03

York Marine Inc

11 Gordon Drive

Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 1/2/2015 | 2212 |

**Bill To**

John Thomas Wilson
55 W 12th Ave Unit 409
Denver, CO 80204-3654

| Terms | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Due on receipt | 1/2/2015 | | 10/30/2014 | | | Intrepid |

| Quantity | Description | Price Each | Serviced | Amount |
|---|---|---|---|---|
| 1 | Dinghy Davits Edson | 2,800.00 | | 2,800.00 |
| 2 | Davit Shoe Kit | 188.32 | | 376.64 |
| 1 | Life Raft | 1,150.00 | | 1,150.00 |
| 1 | Subwoofer | 289.65 | | 289.65 |
| 1 | Bose Forward Speakers | 384.56 | | 384.56 |
| 1 | Iridium Hot Spot Sat Receiver | 1,356.48 | | 1,356.48 |
| 1 | 30 day subscription for sat receiver | 150.00 | | 150.00 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Sales Tax (5.5%)** | $349.65 |
| **Total** | $6,856.98 |
| **Balance Due** | $6,856.98 |

York Marine Inc

11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 2/4/2015 | 2329 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| P.O. Number | Terms | Project |
|---|---|---|
| Intrepid | Due on receipt | Intrepid |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | Mike labor | Labor Michael York Bring Intrepid in from Mooring, Pump out holding tanks, prep for haul out, haul out and set in building | 60.00 | 240.00 |
| 36 | Boat Transport with... | Boat transport with haulout | 11.50 | 414.00 |
| 36 | Pressure Wash Bott... | Pressure Wash Bottom | 2.25 | 81.00 |
| 10 | Transport Mileage | Mileage Charge For Boat Transport | 3.00 | 30.00 |
| 485 | Inside Storage | Inside Heated Storage | 11.25 | 5,456.25 |
| | | New Sales Tax Rate | 5.50% | 0.00 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

**Total** $6,221.25

# Invoice

**York Marine Inc**

11 Gordon Drive
Rockland, ME 04841

| Date | Invoice # |
|---|---|
| 2/23/2015 | 2682Revised |

**Bill To**

John Thomas Wilson
55 W 12th Ave Unit 409
Denver, CO 80204-3654



"REVISED" TO REMOVE TRUCK STORAGE CHARGES PAID IN CYLNUS SETTLEMENT.

| P.O. Number | Terms | Project |
|---|---|---|
| Intrepid | Due on receipt | Intrepid |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 189.8 | Fuel Diesel | Fuel Diesel Used after insurance repairs | 4.15 | 787.67 |
| 1 | Misc | Parking pass paid for Tom's truck parked at the Maine Ferry Terminal | 15.49 | 15.49 |
| | Misc | Dock fees billed from Landings Marina | 154.00 | 154.00 |
| | Misc | Oar Locks from Shaw & Tenny for dinghy | 233.86 | 233.86 |
| 1 | 123144 | Cleaner Hull On & Off (for cleaning Inflatable) Spring 2014 | 24.51 | 24.51 |
| 3 | 158544003 | Scotchbrite Red (for cleaning inflatable bottom) Spring 2014 | 1.99 | 5.97 |
| 1 | Misc | Microwave Black (Traded out per Tom Wilson) During Insurance repairs | 63.83 | 63.83 |
| 1 | Misc | Companionway screen- (sunbrella linen) Snapped on, Zippers. Two interior hatch screens, white edging with Velcro.... Work preformed by Gemini Canvas per Tom Wilson | 368.50 | 368.50 |
| 1 | Misc | Gas Can Plastic for Dinghy | 14.02 | 14.02 |
| 2 | 118897 | Zinc 5" round (for trim tab protection) Spring 2014 | 19.12 | 38.24 |
| 2 | 130212 | Snap Hook 5/8 SS (for Dinghy Mounting) | 7.71 | 15.42 |
| 2 | 753405 | Pad Eye Folding .25 X 2" 316 SS (for Dinghy Mounting) | 7.86 | 15.72 |
| 5 | 112511 | Screw Red Tag SS (for Dinghy Mounting) | 0.33 | 1.65 |
| 1 | 129071 | Caulking HD Marine Clear (for Dinghy Mounting) | 6.47 | 6.47 |
| 2 | 741525 | Velcro Strip 2" X 4" (for mounting forward speakers) | 5.37 | 10.74 |
| 2 | 157857 | Snap Swivel Eye 7/8" (Dinghy Mounting, Dinghy) | 15.13 | 30.26 |
| 3 | 153385 | 3/8 SS Eyebolt (Dinghy Mounting, Dinghy) | 6.30 | 18.90 |
| 1 | 139016 | Ring SS Utility 3/16 stock (Dinghy Mounting Dinghy) | 17.13 | 17.13 |
| 1 | 143934 | Triangle Ring 5/16 X 2" SS (Dinghy Mounting Dinghy) | 7.15 | 7.15 |
| 3 | Misc | Storage Inside Heated For Ford Diesel Pickup per Year (discounted from $900.00 per year) | 0.00 | 0.00 |
| 1 | Misc | Car Wash Fees for prepping truck for pickup | 15.00 | 15.00 |
| 1 | 134946 | Teak Cleaner TE-KA 1/2 Gal. Kit (used spring launch 2014) | 46.77 | 46.77 |
| 1 | 143556 | Groco SS Strainer Basket Only 2.5" | 38.57 | 38.57 |
| | | New Sales Tax Rate | 5.50% | 32.41 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

**Total** $1,962.28

York Marine Inc

11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2015 | 2714 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Due on receipt | 5/7/2015 | | 5/7/2015 | | | Intrepid |

| Quantity | Description | Price Each | Serviced | Amount |
|---|---|---|---|---|
| 41.45 | Meet with Tom to go over new method of attaching swim platform brackets, mark out hull for cutting, cut outer skin of transom and remove core to inner skin, grind and prep for glassing. Tie inside skin of transom to outside, grind and prep for aluminum inserts, glass in inserts, fair and prep for barrier coat, barrier coat and prep for bottom paint. Prep for bedding of mounts. | 65.00 | | 2,694.25 |
| 33.25 | Mark out swim platform for same procedure as hull, cut outer skin and remove core to inner skin on swim platform, prep for glassing, mill and install aluminum as in hull transom, glass, fair, mark and drill and tap mounts, ramp corners of swim platform to stop splashing that Tom was complaining about. | 65.00 | | 2,161.25 |
| 3 | Plastic 5 Gal Bucket New with cover | 4.40 | | 13.20 |
| 1 | Denatured Alcohol Gal | 22.33 | | 22.33 |
| 1 | 380 ml 425 Plexus | 71.68 | | 71.68 |
| 3 | Acetone Gal | 25.36 | | 76.08 |
| 1 | Interprotect 2000 | 123.85 | | 123.85 |
| 6 | 36 grit Open Coat Sand Paper Sheet | 2.25 | | 13.50 |
| 1 | Silver Tape Weather Resistant 3/4" | 28.63 | | 28.63 |
| 3 | 7" Wave Roller Cover | 7.49 | | 22.47 |
| 5 | Roller Tray 9" Plastic | 2.50 | | 12.50 |
| 1 | Roller Frame 7" | 5.87 | | 5.87 |
| 0.5 | 3M Dust Mask N95 | 29.36 | | 14.68 |
| 1 | Sandpaper P80 2 3/4" Roll | 54.91 | | 54.91 |
| 2 | Gloves Latex Powdered | 10.16 | | 20.32 |
| 3 | Microporous Coveralls 3XL | 9.09 | | 27.27 |
| 5 | Durakane 6411 Modified Epoxy VE Resin | 48.32 | | 241.60 |
| 5 | 2.5 qt mixing pot | 2.29 | | 11.45 |
| 0.25 | ANC Recycled white t-shirt box | 87.91 | | 21.98 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Sales Tax (5.5%)** | |
| **Total** | |
| **Balance Due** | |

Page 1

000010

York Marine Inc

11 Gordon Drive

Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2015 | 2714 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Due on receipt | 5/7/2015 | | 5/7/2015 | | | Intrepid |

| Quantity | Description | Price Each | Serviced | Amount |
|---|---|---|---|---|
| 1 | Organic Vapor Cartridge | 19.32 | | 19.32 |
| 0.25 | Awlgrip Awlfair Base Kit | 392.59 | | 98.15 |
| 0.25 | Awlfair Converter Kit | 392.59 | | 98.15 |
| 6.5 | Wash Intrepid down prior to haulout, lots of seagull droppings, hard to remove | 50.00 | | 325.00 |
| 1.25 | Help Mike with haulout of Intrepid | 62.50 | | 78.13 |
| 1.25 | Load larger dinghy on trailer and take to water for pick up by Hinkley | 62.50 | | 78.13 |
| 2.5 | Get trailer and help, pick up dinghy from landing, and bring to storage building, remove from trailer to storage, and remove outboard. Store outboard on rack. | 62.50 | | 156.25 |
| 2 | Inside heated storage for dinghy 2013,2014 | 350.00 | | 700.00 |
| 2 | Outboard storage | 50.00 | | 100.00 |
| 6 | Winterize Intrepid systems and Engine | 65.00 | | 390.00 |
| 24 | Non Toxic Breeze Ban Gal | 5.25 | | 126.00 |
| 4 | Labor Ken York Change oil and filters on Intrepid engine, start removing items to run wire for speaker | 65.00 | | 260.00 |
| 36 | Transport Boat from storage building to main work bay to start winter work list | 8.00 | | 288.00 |
| 8 | Cover decks and seats with protective gear, start removing items to facilitate work on vessel | 65.00 | | 520.00 |
| 2 | Tape Masking Long Blue | 18.39 | | 36.78 |
| 1 | Protective paper and covering | 48.65 | | 48.65 |
| 8 | Remove hatch rings around overhead hatches and center overhead panel to facilitate running of speaker wire | 65.00 | | 520.00 |

| 18% Interest to be charged on all overdue invoices. Payment due before release of vessel | Sales Tax (5.5%) | |
| | **Total** | |
| | **Balance Due** | |

York Marine Inc
11 Gordon Drive
Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2015 | 2714 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Due on receipt | 5/7/2015 | | 5/7/2015 | | | Intrepid |

| Quantity | Description | Price Each | Serviced | Amount |
|---|---|---|---|---|
| 8 | Remove forward helm chairs, cushions, refrigerator, interior drawers, ect to protect and facilitate work on vessel | 65.00 | | 520.00 |
| 8 | Tear down jet, inspect impeller, inspect all parts and make work list for service of jet parts, start removal of new jet pump | 65.00 | | 520.00 |
| 8 | Remove jet pump, sand and prep for primer. Prime pump, sand and paint and prep to re-install | 0.00 | | 0.00 |
| 6.25 | Re-install jet pump, hook up hoses, fill with fluid and cover | 0.00 | | 0.00 |
| 36.75 | Tape, prep, sand and apply coat of varnish to dash, trim and doorway, prep and apply 3 more coats of varnish | 60.00 | | 2,205.00 |
| 7 | Polish stainless steel on Intrepid | 60.00 | | 420.00 |
| 4 | Finish Polishing stainless on Intrepid | 60.00 | | 240.00 |
| 4 | Remove dinghy davits and fishing rod holders to prep for installing backing plates | 65.00 | | 260.00 |
| 4 | Help Ken remove dinghy davits, bases and fishing rod holders for backing plates | 65.00 | | 260.00 |
| 2 | Clean up rust off fishing rod holders, Dremel out paint touch ups on transom and glass. | 65.00 | | 130.00 |
| 6 | Diagnose coolant leak, Remove coolant pipe, order rubber o-ring kit, install and pressure test. | 65.00 | | 390.00 |
| 1 | O-ring kit from Cummins | 18.65 | | 18.65 |
| | Shipping Fees | 9.32 | | 9.32 |
| 12 | Cummins Antifreeze gal | 17.72 | | 212.64 |
| 4 | Clean up engine room from antifreeze spill, detail | 60.00 | | 240.00 |
| 2.75 | Remove bracket holding fuel line to engine due to cracking, prep for welding | 65.00 | | 178.75 |
| 1 | Weld bracket for fuel line to engine | 65.00 | | 65.00 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Sales Tax (5.5%)** | |
| **Total** | |
| **Balance Due** | |

York Marine Inc

11 Gordon Drive

Rockland, ME 04841

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2015 | 2714 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Due on receipt | 5/7/2015 | | 5/7/2015 | | | Intrepid |

| Quantity | Description | Price Each | Serviced | Amount |
|---|---|---|---|---|
| 6 | Order exterior bracket for engine raw water intake, size to hull and prep for install | 65.00 | | 390.00 |
| 1 | Bronze exterior strainer | 221.38 | | 221.38 |
| 7 | Clean all bilges | 0.00 | | 0.00 |
| 2 | Sand Louvered doors | 60.00 | | 120.00 |
| 1 | Flagship Varnish qt. | 42.31 | | 42.31 |
| 1 | 3M Dust Mask N95 | 29.36 | | 29.36 |
| 1 | Gloves Latex Powdered | 10.16 | | 10.16 |
| 1 | Denatured Alcohol Gal | 22.33 | | 22.33 |
| 0.25 | Flitz Polish Paste for Stainless 2# can | 59.29 | | 14.82 |
| 1 | Tape Masking Performance 1" | 7.89 | | 7.89 |
| 0.25 | Scotchbrite Red | 48.98 | | 12.25 |
| 1.75 | URSA 15-40 5 Gal | 119.12 | | 208.46 |
| 1 | Oil Filter for Cummins 540 | 115.34 | | 115.34 |
| 1 | Microporous Coveralls 3XL | 9.09 | | 9.09 |
| 1 | PVC Prevalve Complete | 6.97 | | 6.97 |
| 2 | DR Hi Capacity Moisture Absorb | 19.56 | | 39.12 |
| 2 | Pencil Zinc | 11.34 | | 22.68 |
| 0.25 | P320 Gold Sheet Rolls | 80.79 | | 20.20 |
| 0.75 | 35" Pre-taped plastic masking film | 15.99 | | 11.99 |
| 2 | Stainless Rub Rail 16' length | 276.62 | | 553.24 |
| 4 | Remove transom door, layout for new hinges | 65.00 | | 260.00 |
| 6 | Fit first piece of Stainless to swim platform edge | 65.00 | | 390.00 |
| 4 | Fair paint repair areas with awlfair, prime with Awlgrip high build primer | 65.00 | | 260.00 |
| 36 | Transport Vessel from work bay to storage building | 8.00 | | 288.00 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Sales Tax (5.5%)** | $152.33 |
| **Total** | $18,357.66 |
| **Balance Due** | $18,357.66 |

Page 4

# York Marine Inc
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---:|---:|
| **Tom Wilson** | | | | | | |
|   **Intrepid** | | | | | | |
|     **Insurance** | | | | | | |
|     Invoice | 5/30/2014 | 1908 | Partial electri... | 5/30/2014 | 1,850.00 | 41,875.13 |
|     Invoice | 1/31/2015 | FC 104 | Finance Char... | 1/31/2015 | 224.43 | 224.43 |
|     Invoice | 3/2/2015 | FC 135 | Finance Char... | 3/2/2015 | 30.69 | 30.69 |
|     Invoice | 4/6/2015 | FC 177 | Finance Char... | 4/6/2015 | 36.33 | 36.33 |
|     Invoice | 5/2/2015 | FC 186 | Finance Char... | 5/2/2015 | 27.46 | 27.46 |
|     **Total Insurance** | | | | | 2,168.91 | 42,194.04 |
|     **Intrepid - Other** | | | | | | |
|     Invoice | 8/11/2014 | 2139 | Intrepid sprin... | 8/11/2014 | 7,342.29 | 7,342.29 |
|     Invoice | 10/1/2014 | 2186 | Intrepid Dock... | 10/1/2014 | 3,000.00 | 3,000.00 |
|     Invoice | 11/10/2014 | FC 85 | Finance Char... | 11/10/2014 | 464.41 | 464.41 |
|     Invoice | 11/30/2014 | FC 91 | Finance Char... | 11/30/2014 | 244.28 | 244.28 |
|     Invoice | 12/31/2014 | FC 97 | Finance Char... | 12/31/2014 | 382.36 | 382.36 |
|     Invoice | 1/2/2015 | 2207 | Intrepid #2207 | 1/2/2015 | 7,501.03 | 7,501.03 |
|     Invoice | 1/2/2015 | 2212 | Intrepid Mate... | 1/2/2015 | 6,856.98 | 6,856.98 |
|     Invoice | 1/31/2015 | FC 103 | Finance Char... | 1/31/2015 | 374.45 | 374.45 |
|     Invoice | 2/4/2015 | 2329 | Intrepid Haul... | 2/4/2015 | 6,221.25 | 6,221.25 |
|     Invoice | 2/23/2015 | 2682... | Intrepid Fuel ... | 2/23/2015 | 1,962.28 | 1,962.28 |
|     Invoice | 3/2/2015 | FC 134 | Finance Char... | 3/2/2015 | 480.90 | 480.90 |
|     Invoice | 4/6/2015 | FC 176 | Finance Char... | 4/6/2015 | 637.43 | 637.43 |
|     Invoice | 5/2/2015 | FC 185 | Finance Char... | 5/2/2015 | 481.69 | 481.69 |
|     Invoice | 5/7/2015 | 2714 | Intrepid winte... | 5/7/2015 | 18,357.66 | 18,357.66 |
|     **Total Intrepid - Other** | | | | | 54,307.01 | 54,307.01 |
|   **Total Intrepid** | | | | | 56,475.92 | 96,501.05 |
| **Total Tom Wilson** | | | | | 56,475.92 | 96,501.05 |
| **TOTAL** | | | | | **56,475.92** | **96,501.05** |

# York Marine Inc
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---:|---:|
| **Tom Wilson/Ambler** | | | | | | |
| Invoice | 9/1/2014 | 2145 | Ambler Sprin... | 9/1/2014 | 6,529.94 | 6,529.94 |
| Invoice | 11/10/2014 | FC 82 | Finance Char... | 11/10/2014 | 225.42 | 225.42 |
| Invoice | 11/30/2014 | FC 87 | Finance Char... | 11/30/2014 | 66.62 | 66.62 |
| Invoice | 12/31/2014 | FC 93 | Finance Char... | 12/31/2014 | 104.30 | 104.30 |
| Invoice | 1/31/2015 | FC 99 | Finance Char... | 1/31/2015 | 105.89 | 105.89 |
| Invoice | 3/2/2015 | FC 130 | Finance Char... | 3/2/2015 | 104.04 | 104.04 |
| Invoice | 4/6/2015 | FC 172 | Finance Char... | 4/6/2015 | 123.18 | 123.18 |
| Invoice | 5/2/2015 | FC 184 | Finance Char... | 5/2/2015 | 93.08 | 93.08 |
| **Total Tom Wilson/Ambler** | | | | | 7,352.47 | 7,352.47 |
| **TOTAL** | | | | | 7,352.47 | 7,352.47 |

York Marine Inc

11 Gordon Drive

Rockland, ME 04841

# Finance Charge

| Date | Invoice # |
|---|---|
| 5/2/2015 | FC 184 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #2145 for 6,529.94 on 09/01/2014<br>Invoice #FC 82 for 225.42 on 11/10/2014<br>Invoice #FC 87 for 66.62 on 11/30/2014<br>Invoice #FC 93 for 104.30 on 12/31/2014<br>Invoice #FC 99 for 105.89 on 01/31/2015<br>Invoice #FC 130 for 104.04 on 03/02/2015<br>Invoice #FC 172 for 123.18 on 04/06/2015 | 93.08 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Total** | $93.08 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $93.08 |

York Marine Inc
11 Gordon Drive
Rockland, ME 04841

# Finance Charge

| Date | Invoice # |
|---|---|
| 5/2/2015 | FC 185 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #2139 for 7,342.29 on 08/11/2014<br>Invoice #2186 for 3,000.00 on 10/01/2014<br>Invoice #FC 85 for 464.41 on 11/10/2014<br>Invoice #FC 91 for 244.28 on 11/30/2014<br>Invoice #FC 97 for 382.36 on 12/31/2014<br>Invoice #2207 for 7,501.03 on 01/02/2015<br>Invoice #2212 for 6,856.98 on 01/02/2015<br>Invoice #FC 103 for 374.45 on 01/31/2015<br>Invoice #2329 for 6,221.25 on 02/04/2015<br>Invoice #2682 for 4,062.28 on 02/23/2015<br>Invoice #FC 134 for 480.90 on 03/02/2015<br>Invoice #FC 176 for 637.43 on 04/06/2015 | 481.69 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Total** | $481.69 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $481.69 |

York Marine Inc

11 Gordon Drive
Rockland, ME 04841

# Finance Charge

| Date | Invoice # |
|---|---|
| 5/2/2015 | FC 186 |

| Bill To |
|---|
| John Thomas Wilson<br>55 W 12th Ave Unit 409<br>Denver, CO 80204-3654 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #1908 for 1,850.00 on 05/30/2014<br>Invoice #FC 104 for 224.43 on 01/31/2015<br>Invoice #FC 135 for 30.69 on 03/02/2015<br>Invoice #FC 177 for 36.33 on 04/06/2015 | 27.46 |

18% Interest to be charged on all overdue invoices. Payment due before release of vessel

| | |
|---|---|
| **Total** | $27.46 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $27.46 |