

Rockland, ME. 04841
207 596-7400 (phone)
207 596-6556 (fax)
www.yorkmarineinc.com

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
**From:** Mike York [mailto:mikeyork@midcoast.com] **Sent:** Friday, November 07, 2014 1:31 PM **To:** 'Tom Wilson' **Subject:** Non Insurance Invoices Intrepid

Tom,

The Invoices in this e-mail are for non insurance work done on Intrepid. These invoices were sent to you on Oct 10th 2014.

Mike

York Marine Inc.
11 Gordon Drive
Rockland, ME. 04841
207 596-7400 (phone)
207 596-6556 (fax)
www.yorkmarineinc.com

[Attaching invoices 2145, 2139, 2186]

WILSON 000029